# Court of Appeals
# of the State of Georgia

ATLANTA, __September 23, 2024__

*The Court of Appeals hereby passes the following order:*

**A24A0615, A24A0622. COLON v. STORCH (two cases).**

These discretionary appeals were docketed on November 17, 2023 and November 20, 2023, respectively. The briefs were duly filed. Having reviewed the record and relevant law, we now conclude that the appeal in Case No. A24A0622 was improvidently granted and is therefore DISMISSED. Accordingly, the appeal in Case No. A24A0615 as to the propriety of the supersedeas bond for Case No. A24A0622 is DISMISSED as moot. See *Almonte v. W. Ashley Toyota*, 281 Ga. App. 808, 810 (637 SE2d 755) (2006).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__09/23/2024_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*